CLD-305 July 17, 2014
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **14-3152**

In re: ROBERT MERRITT, Petitioner

Present: FUENTES, JORDAN and SHWARTZ, <u>Circuit</u> <u>Judges</u>

Submitted is Petitioner's application under 28 U.S.C. § 2244 and 28 U.S.C. § 2255 to file a second or successive motion under 28 U.S.C. § 2255

in the above-captioned case.

Respectfully,

Clerk

MMW/JJA/cjg

_____ORDER_____

The foregoing application under 28 U.S.C. § 2244 and 28 U.S.C. § 2255 for leave to file a second or successive motion under 28 U.S.C. § 2255 is denied. Merritt has failed to make a prima facie showing that his claim relies on a new rule of constitutional law made retroactively applicable by the Supreme Court. Moreover, while Merritt has challenged a conviction in the Philadelphia Court of Common Pleas that served as a predicate for his sentence under 18 U.S.C. § 924(e), he has not shown that he is innocent of his federal offense, as required by § 2255(h)(1). See, e.g., <u>Hope v. United States</u>, 108 F.3d 119, 120 (7th Cir. 1997). Further, his impeachment evidence is not "sufficient to establish that no reasonable factfinder would have found him guilty." 28 U.S.C. § 2255(h)(1); <u>see generally</u> <u>Sawyer v. Whitley</u>, 505 U.S. 333, 349 (1992); <u>Sweger v. Chesney</u>, 294 F.3d 506, 523 (3d Cir. 2002).

By the Court,

<u>s/Patty Shwartz</u>
Circuit Judge

Dated:         July 24, 2014
cjg/tyw/cc:    Paul M. George, Esq.
               William R. Spade, Jr., Esq.
               United States Attorney Eastern District of Pennsylvania



A True Copy:

Marcia M. Waldron, Clerk